IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| AMBER REINECK HOUSE, COURTNEY ATSALAKIS, and FAIR HOUSING CENTER OF SOUTHEAST & MID MICHIGAN, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HOWELL, MICHIGAN, NICK PROCTOR, individually and in his official capacity as Mayor of the City of Howell, Michigan, and TIM SCHMITT, individually and in his official capacity as Community Development Director of the City of Howell, Michigan, <br><br> Defendants. | Case No. 2:20-cv-10203-PDB-RSW <br> Judge Paul D. Borman |

## PLAINTIFFS' WITNESS LIST

Pursuant to the Stipulated Order Extending Dates, *see* ECF No. 23, PageID.269, Plaintiffs Courtney Atsalakis, Amber Reineck House, and the Fair Housing Center of Southeast & Mid Michigan, hereby identify the following witnesses:

1. Courtney Atsalakis (Plaintiff; c/o Plaintiffs' Counsel);

2. Nick Proctor (Mayor, City of Howell; c/o Defense Counsel);

3. Tim Schmitt (Director of Community Development, City of Howell; c/o Defense Counsel);

4. Dennis L. Perkins (City of Howell Attorney; c/o Defense Counsel);

5. Ervin J. Suida (City Manager, City of Howell; c/o Defense Counsel)

6. Shea Charles (Former City Manager, City of Howell; c/o Defense Counsel);

7. Jane Cartwright (City Clerk, City of Howell; c/o Defense Counsel);

8. Current and former members of the City of Howell City Council, including but not limited to:

   a. Steven L. Manor (City Council member; c/o Defense Counsel);

   b. Robert Ellis (City Council member; c/o Defense Counsel);

   c. Michael Mulvahill (City Council member; c/o Defense Counsel);

   d. Jan Lobur (City Council member and Planning Commission member; c/o Defense Counsel);

   e. Jeannette Ambrose (City Council member; c/o Defense Counsel);

   f. Randy Greene (City Council member; c/o Defense Counsel);

9. Current and former members of the City of Howell Planning Commission, including but not limited to:

   a. Chelsea Dantuma (Planning Commission member; c/o Defense Counsel);

   b. Paul Streng (Planning Commission member; c/o Defense Counsel);

   c. Maryanne Vukonich (Planning Commission member; c/o Defense Counsel);

   d. Robert Spaulding (Planning Commission member; c/o Defense Counsel);

   e. Erin Britten (Planning Commission member; c/o Defense Counsel);

10. Richard K. Carlisle and other employees or agents of Carlisle Wortman Associates, Inc. (Planning consultant; c/o Defense Counsel);

11. Craig Strong (Howell Building Official and Director, Code Enforcement Services, Carlisle Wortman; 117 N. First St. Suite 70, Ann Arbor, MI 48104)

12. Rod Arroyo and/or other employees of Giffels Webster (planning expert; c/o Defense Counsel);

13. Patrick O'Keefe and/or other employees of O'Keefe Associates (potential damages experts; c/o Defense Counsel);

14. Rebecca Hartman-Raether (Member, Board of Directors, Home of New Vision; c/o United to Face Addiction Michigan, 2468 Allen Road, Ortonville, MI 48462);

15. Lauren Rousseau (Law Professor, Western Michigan University Cooley Law School; c/o Western Michigan University Cooley Law School, 300 South Capitol Avenue, Lansing, Michigan 48933);

16. Glynis Anderson (Chief Executive Officer, Home of New Vision; c/o Home of New Vision, 3115 Professional Drive, Ann Arbor, MI 48104);

17. Barbara Penrod (Member, Board of Directors, Home of New Vision; c/o Home of New Vision, 3115 Professional Drive, Ann Arbor, MI 48104);

18. John Reiser (Treasurer, Board of Directors, Home of New Vision; c/o Home of New Vision, 3115 Professional Drive, Ann Arbor, MI 48104);

19. Deanna Devlin (Member, Board of Directors, Amber Reineck House; c/o Plaintiffs' Counsel);

20. Christy Gill (Real Estate Agent, Coldwell Banker Town & Country Real Estate; c/o Coldwell Banker Town & Country Real Estate, 822 E. Grand River Ave., Brighton, MI 48116);

21. David Plunkett (Attorney, Williams Williams Rattner & Plunkett, P.C.; c/o Plaintiffs' counsel);

22. Daniel Gwinn (Senior Partner, Gwinn Legal PLLC; c/o Plaintiffs' counsel);

23. Jeffrey Van Treese (President, Michigan Association of Recovery Residences, Inc., and expert witness; c/o Plaintiffs' counsel);

24. Brian Connolly (Shareholder, Otten Johnson Robinson Neff + Ragonetti P.C., and expert witness; c/o Plaintiffs' counsel);

25. Pam Kisch (Executive Director, Plaintiff Fair Housing Center of Southeast & Mid Michigan; c/o Plaintiffs' counsel);

26. Becky Mayo (Mother of Plaintiff Courtney Atsalakis, Board Member, Board of Directors, Amber Reineck House; c/o Plaintiffs' counsel);

27. Sheriff Michael J. Murphy (Sheriff, Livingston County; c/o Livingston County Sheriff's Office, 150 S. Highlander Way, Howell, MI 48843);

28. Connie Conklin (Executive Director, Community Mental Health Services of Livingston County; c/o Community Mental Health Services of Livingston County, 622 East Grant River Avenue, Howell, MI 48843);

29. Cathy Sims-Weir (Community Advocate, Families Against Narcotics; c/o Families Against Narcotics, 18900 15 Mile Road, Clinton Township, MI 48035);

30. Jonathan Myers (Community resident, City of Howell; 204 S. Walnut Street, Howell, MI 48843);

31. Kristi DeVries (Community resident, City of Howell; 210 S. Center Street, Howell, MI 48843);

32. Arnie Rubin (Community resident, City of Howell; 304 W. Washington Street, Howell, MI 48843);

33. Glenda Spangler (Community resident, City of Howell; S. Walnut Street, Howell, MI 48843);

34. Sean Bourne (Community resident, City of Howell; 221 W. Washington Street, Howell, MI 48843);

35. Amanda Myers (Community resident, City of Howell; 204 S. Walnut, Howell, MI 48843);

36. Any and all employees, agents, representatives, affiliates and records custodian(s) of any and all of the following:

    a. City of Howell Planning Commission;

    b. City of Howell City Council;

37. Any and all witnesses listed or identified by other parties, both lay and expert, whether called to testify or not;

38. Any and all witnesses identified through further discovery;

39. Any and all witnesses deposed;

40. Any and all witnesses identified in depositions or responses to written discovery;

41. Any and all necessary rebuttal witnesses; and

42. Any and all witnesses necessary to authenticate and/or lay the foundation for the entry of exhibits at trial.

Plaintiffs reserve the right to amend, modify, and/or supplement this Witness List as other witnesses become necessary and/or known by subsequent investigation and/or discovery, and to file amended witness lists for this purpose as discovery is ongoing.

Dated: February 12, 2021

        Respectfully Submitted,

        <u>/s/ Lila Miller</u>
        Lila Miller
        Sara Pratt
        Glenn Schlactus
        RELMAN COLFAX PLLC
        1225 19th Street, NW, Suite 600
        Washington, DC 20036
        (202) 728-1888 (phone)
        (202) 728-0848 (fax)
        lmiller@relmanlaw.com
        spratt@relmanlaw.com
        gschlactus@relmanlaw.com

        Stephen M. Dane
        DANE LAW LLC
        312 Louisiana Ave.
        Perrysburg, OH 43551
        (419) 873-1814
        sdane@fairhousinglaw.com

        Robin B. Wagner
        PITT MCGEHEE PALMER & RIVERS PC
        117 West Fourth Street, Suite 200
        Royal Oak, Michigan 48067
        (248) 398-9800 (phone)
        248-268-7996 (fax)
        rwagner@pittlawpc.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2021, a true and correct copy of the foregoing Plaintiff's Witness List was filed and served electronically on all counsel of record using the Court's CM/ECF system.

/s/ Lila Miller
Lila Miller
