UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER REINECK HOUSE,
COURTNEY ATSALAKIS, and
FAIR HOUSING CENTER OF
SOUTHEAST & MID MICHIGAN, INC.

    Plaintiff,

v.

CITY OF HOWELL, MICHIGAN,
NICK PROCTOR, individually and in
his official capacity as Mayor of the
City of Howell, Michigan, and
TIM SCHMITT, individually and in his
official capacity as Community Development
Director of the City of Howell, Michigan,

    Defendants.

Case No. 2:20-cv-10203
Hon. Paul D. Borman

## STIPULATED ORDER MODIFYING BRIEFING DEADLINES

This matter having come before the Court upon joint stipulation of the parties, through their respective counsel, and the Court being otherwise advised in the premises:

**IT IS ORDERED THAT** the briefing deadlines for summary judgment and motions challenging experts are modified as follows:

- Deadline for Dispositive Motions and Motions Challenging Experts: June 16, 2021

- Deadline for Responses to Dispositive Motions and Motions Challenging Experts: July 14, 2021

- Deadline for Replies to Dispositive Motions and Motions Challenging Experts: July 28, 2021

The above-described briefing will comply with the pagination and font size instructions set forth in Local Rules 7.1(d) and 5.1(a).

**SO ORDERED.**

Dated:  June 2, 2021                                       s/Paul D. Borman
                                                                          Paul D. Borman
                                                                          United States District Judge

Stipulated as to form, substance, and for entry:

DATED: June 1, 2020                                    DATED: June 1, 2020

/s/ Lila Miller                                                    /s/ Matthew J. Zalewski
Lila Miller                                                          Matthew J. Zalewski (P72207)
Sara Pratt                                                         ROSATI SCHULTZ JOPPICH
Glenn Schlactus                                              & AMTSBUECHLER PC
RELMAN COLFAX PLLC                                27555 Executive Drive, Suite 250
1225 19th Street, NW, Suite 600                  Farmington Hills, MI 48331-3550
Washington, DC 20036                                (248) 489-4100
(202) 728-1888 (phone)                                mzalewski@rsjalaw.com
(202) 728-0848 (fax)
lmiller@relmanlaw.com                               *Attorneys for Defendants*
spratt@relmanlaw.com
gschlactus@relmanlaw.com

Stephen M. Dane
DANE LAW LLC
312 Louisiana Ave.

Perrysburg, OH 43551
(419) 873-1814
sdane@fairhousinglaw.com

Robin B. Wagner
PITT MCGEHEE PALMER & RIVERS PC
117 West Fourth Street, Suite 200
Royal Oak, Michigan 48067
(248) 398-9800 (phone)
248-268-7996 (fax)
rwagner@pittlawpc.com

*Attorneys for Plaintiffs*