UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER REINECK HOUSE, ET AL.,

                Plaintiffs,

v.

CITY OF HOWELL, MICHIGAN,
ET AL.,

                Defendants.

Case No. 20-cv-10203

Paul D. Borman
United States District Judge

Curtis Ivy, Jr.
United States Magistrate Judge

**ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' OBJECTIONS TO REPORT AND RECOMMENDATION ON MOTIONS TO EXCLUDE EXPERTS BY MAGISTRATE JUDGE IVY (ECF No. 71)**

The single Report and Recommendation at issue (ECF No. 69) dealt with six separately-filed motions. Defendants' objections to the Report and Recommendation related to five of those separately-filed motions: Plaintiffs' Motion to Exclude Defendants' Expert Patrick O'Keefe (ECF No. 43); Plaintiffs' Motion to Exclude Defendants' Expert Richard Carlisle (ECF No. 45); Plaintiffs' Motion to Exclude Defendants' Expert Rodney Arroyo (ECF No. 46); Defendants' Motion to Exclude Plaintiffs' Expert Brian Connolly (ECF No. 47); and Plaintiffs' Motion to Exclude Defendants' Expert Gerald Fisher (ECF No. 49).

As to each motion, Defendants had up to 25 pages to object. *See* E.D. Mich. L. R. 72.1(d)(5) ("LR 7.1 governs the form of objections"); E.D. Mich. L. R. 7.1(d)(3)(A) ("The text of a brief supporting *a motion* or response, including

1

footnotes and signatures, may not exceed 25 pages." (emphasis added)). Thankfully, none of the objections to a specific motion exceeded, or even came close to exceeding, the 25-page limit.

Therefore, this Court **DENIES** Plaintiffs' Motion to Strike Defendants' Objections to the Report and Recommendation. Plaintiffs have 14 days from today's decision to file a specific response to Defendants' objection as to each of the above-listed experts.

This Court also **DENIES** Plaintiffs' request for relief from Magistrate Judge Ivy's requirement that Plaintiffs' response "address each issue raised in the objections, in the same order, and labelled as 'Response to Objection No. 1,' 'Response to Objection No. 2,' etc." (ECF No. 69, Report and Recommendation, PageID 8580). The Court requires Plaintiffs to follow Magistrate Judge Ivy's requirements in specifically responding to Defendants' specific objections.

**IT IS SO ORDERED.**

Dated: October 20, 2021                    s/Paul D. Borman
                                           Paul D. Borman
                                           United States District Judge